

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00098-CV

_____

IN RE Y.L., Relator

---

Original Proceeding
231st District Court of Tarrant County, Texas
Trial Court No. 231-594719-16

---

Before Birdwell, J.; Sudderth, C.J.; Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus, emergency motion to suspend final order, motion for emergency stay, motion to unseal court records pending mandamus review, and motion for leave to file a brief exceeding the length limitations and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motions are denied.

Per Curiam

Delivered: March 10, 2025